CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET 76-1185 |
|---|---|---|
| BERNARD S. LEE | CLARENCE M. KELLEY, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|

PARTIES                                                      ATTORNEYS

BERNARD S. LEE                                  Ms. Patricia Worthy
                                                666 11th St., N.W.
    Plaintiff                                   20001    737-5432

                William Robinson               Wiley A. Branton
                Lawyers Committee for Civil    Sidley & Austin
                Rights Under Law               1722 Eye St., N.W.
    vs.         733 - 15th St., N.W., Suite 520  D.C.  20006
                Washington, D.C.  20005


1. CLARENCE M. KELLEY                           Jonathan B. Smith
                                                Dept. of Justice, 20530
                                                (202) 739-3195

2. CARTHA DeLOACH                                    - do -


3. WILLIAM C. SULLIVAN                               - do -


   JOHN P. MOHR
4. ~~JOHN BGE~~, Executor of the               Royce C. Lamberth (AUSA)
    Estate of Clyde A. Tolson,                 U.S. Courthouse
    deceased                                   3rd & Constitution Ave., N.W.
                                                Room 2844
                                                D.C.  20001


5. TWO UNKNOWN AGENTS, individually
    and as agents of the Federal
    Bureau of Investigation

         Defendants


   UNITED STATES OF AMERICA                    Lubomyr M. Jachnycky
                                                U.S. Dept of Justice 20430
         Deft.-intervenor                       Tele: 724-6911

DC-111A REV. (1/75)

| DIST/OFFICE | YR. | DOCKET NUMBER | FILING DATE MO. DAY YEAR | $ | N/S | Q | R | R TRIER | DEMAND NUMBER | JUDGE | JURY DEM. | YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0090/1 | 76 | 1185 | 06 25 76 | 2 | 440 | 1 | | | | 9044 | P | 76 | 1185 |

### PLAINTIFFS
BERNARD S. LEE

### DEFENDANTS
SMITH, J.  CLARENCE M. KELLEY, et al.

SEE PRECEDING PAGE FOR FULL CAPTION

### CAUSE
To destroy recording tapes and damages .  28 USC, 1331, 1343(4)

ec

### ATTORNEYS
Ms. Patricia Worthy
666  11th St., N.W.
20001    737-5432

### FILING FEES PAID
| CHECK HERE IF CASE IS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|

### STATISTICAL CARDS
| CARD | DATE MAILED |
|---|---|
| JS-5 | |
| JS-6 | |

DC-111 (Rev. 1/75)
UNITED STATES DISTRICT COURT DOCKET

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1976 Jun | 25 | COMPLAINT; appearance. |
| Jun | 25 | SUMMONS, copies (8) and copies (8) of complaint issued.<br>    AG, AUSA, #1, #4 & #5 ser 6-28-76;   #2 ser 7-20-76<br>    #3 ser: 7-9-76 |
| Aug. | 27 | MOTION by defts. #1, #2, & #3 to dismiss; P & A; table of contents; table of authorities; attachment; c/m 8/27/76. |
| Sept | 17 | STIPULATION to extend time for pltf. to oppose or otherwise plead in response to motion of defts. to dismiss on or before September 19, 1976.   (fiat)   (N)            SMITH,J. |
| Oct | 12 | MOTION by defts Kelley, De_ach and Sullivan for an enlargement of time in which to file  esponse to the amended complaint and the opposition to the de_  pending motion to dismiss; c/m 10-12-76. |
| Oct | 14 | AMENDED Complaint by pltf. substituting John P. Mohr for the John Doe. |
| Oct | 14 | SUMMONS and copy of amended complaint issued to John P. Mohr.<br>    Ser 11-3-76 |
| Oct | 18 | MEMORANDUM of pltf. in opposition to motion of defts. to dismiss; c/m 10-8-76. |
| N__ | 03 | STIPULATION of time within which defts. may file their reply to the amended complaint of pltfs. to & including 11-22-76, approved.      (N)            SMITH,J. |
| Nov | 22 | MOTION by defts. #1, #2, #3 & #4 to dismiss amended complaint; P&A's; exhibit A; c/m 11-22-76. |
| 1977 Jan | 04 | JOINT REPLY of pltfs. to motions of defts. to dismiss amended complaint; c/m 12-23-76. |
| Jan | 13 | MOTION of defts. 1 thru 4 to dismiss argued and taken under advisement.<br>    (Rep: Dawn Copeland)            Smith, J. |
| ~~Feb~~ | ~~02~~ | ~~MEMORANDUM AND ORDER filed 1-31-77 granting defts. #1, #2, #3 & #4 motion to dismiss amended complaints and that within 90 days of the date of this order, the FBI shall assemble at headquarters all known copies of the recorded tapes, transcripts resulting from the FBI microphonic surveillance, between 1963 & 1968 of the pltfs. former president, Martin Luther King, Jr.; and all tapes, logs, etc. between 1963 & 1968 of the pltfs' offices in Atlanta, Ga. & New York home of Martin Luther King and places of public~~ |

SEE NEXT PAGE

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-1185 |
|---|---|---|
| BERNARD S. LEE | CLARENCE M. KELLEY, et al. | PAGE 1 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1977 Feb | 02 | MEMORANDUM AND ORDER filed 1-31-77 granting motion of defts. #1, #2, #3 & #4 to dismiss amended complaints and that within 90-days of the date of this order, the FBI shall assemble at headquarters all known copies of the recorded tape transcript resulting from the FBI's microphonic surveillance between 1963 & 1968 of the pltfs. former president, Martin Luther King, Jr.; and all tapes, logs, etc. between 1963 & 1968 of the pltfs. offices in Atlanta, Ga. and New York home of Martin Luther King, and places of public accomodation; expiration of said 90-days the FBI shall deliver to the Court under seal inventory of tapes and documents and shall deliver same to the National Archives and Records service and maintained by the Archivist of the U.S. under seal for a period of 50-years and shall not disclose their contents except pursuant to a Order from the Court of competent jurisdiction requiring disclosure. (See order for details)    (N)    SMITH, J. |
| Feb | 11 | LETTER dated 2-5-77 to the Hon. John Lewis Smith, Jr., from James E. Ray, #65477, P.O. Box 73, Petros, Tenn. 37845 (Fiat). SMITH, J. |
| Apr | 21 | MOTION by deft. #1 for extension of time for an additional ninety (90) days to fully comply with order of January 31, 1977; c/m 4-21-77. |
| Apr | 29 | NOTICE by Federal defts. of submission of documents to the National Archives and Record Service; c/m 4-29-77. |
| July | 28 | NOTICE by defts. of submission of documents to the National Archives and Record service pursuant to order of 1-31-77; c/m 7-28-77. |
| July | 28 | MOTION by deft. #1 for extension of time to fully comply with the order of 1-31-77; c/m 7-28-77. |
| Aug | 05 | ORDER granting motion of deft. Kelley for enlargement of time to 10-26-77 within which to comply with this Court's order of 1-31-77.    (N)    SMITH, J. |
| Oct | 26 | NOTICE by defts. of submission of documents to the National Archieves and Record Service; c/m 10-26-77. |
| 1978 Jan | 23 | NOTICE by defts. of submission of documents to The National Archives and Record Service; c/m 1-23-78. |
| Nov | 03 | MOTION of the United States to intervene as party deft. and supporting P&A's; exhibit (Notice of motion & motion). Appearance of Lubomyr M. Jachnycky (U.S. Dept of Justice, Washington, D.C. 20530, phone 724-6911)    SEE OVER |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-1185 |
|---|---|---|
| BERNARD S. LEE | CLARENCE M. KELLEY, et al. | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1978 Nov | 15 | ORDER filed 11-14-78 granting motion of the U.S. to intervene as a party deft. and further that the order of this Court entered 1-31-77 is modified to permit the Archivist of the U.S. to make available the above-mentioned inventory as deleted and the logs to the House Select Committee on Assassinations, its Chief Counsel and five other staff members designated by the Chief Counsel, to permit them to make notes of the contents of inventory for submission to the members of the Select Committee. (see order for further details)   (N)                SMITH, J. |
| Nov | 15 | NOTICE of motion by intervenor-deft.; motion for an order modifying this Court's order of January 31, 1977, and supporting P&A's; exhibit A, B-1, B-2, B-3, & C. |
| Nov | 29 | STIPULATION granting motion of United States to intervene; and granting motion to modify this Court's order of 1-31-77.   (fiat)   (N)         SMITH, J. |
| 1983 June | 30 | MOTION by James E. Ray, pro se, to intervene as deft; P&A's; Exhibits A and B; affidavit to proceed in forma pauperis. ("Leave to file granted").   (Fiat)    ROBINSON, C.J. |
| June | 30 | MOTION by James E. Ray, pro se, to appoint counsel. |
| Oct | 12 | MOTION by Senator Jesse Helms for leave to intervene as deft and counterclaimant; memorandum of P&A's; EXHIBITS (Answer; Counterclaim; Motion for Order Vacating or in the Alternative Modifying Order Sealing Records; Ex Parte Application for Order Shortening Time for Notice of Motions); $5.00 USDC fee paid and credited to U.S. Treasury; Appearance: William J. Olson, Smiley, Olson, Gilman & Pangia, 1815 H St., N.W., Suite 600, Washington, D.C. 20006, (202) 466-5100.   (sb) |
| Oct | 13 | MOTION of pltfs for extension of time within which to reply and extension of hearing date; memorandum of P&A's.   (sb) |
| Oct | 13 | MOTION of defts for enlargement of time to file statement of points and authorities in opposition to Senator Helms' motion to intervene and to rescind or modify this Court's January 31, 1977 order.   (sb) |
| Oct | 17 | MEMORANDUM AND ORDER filed 10-13-83 denying Senator Jesse Helms' application under FRCP 6(d) for an order shortening the notice period for motions and further that any opposing party shall serve and file its statement of P&A's in opposition to Senator Helms' motions to intervene and to rescind or modify this Court's Jan. 31, 1977 Order, no later than 12:00 PM Friday October 14, 1983. Further Ordered that a hearing on the above motions will be held Courtroom 15 USDC for D of C at 2:00 PM Monday, October 17, 1983. (N) (See for any further details).                                                       SMITH, J.  (sb) |

(SEE NEXT PAGE)

DC-111A REV. (1/75)

...

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Bernard S. Lee | Clarence M. Kelley, et al. | DOCKET NO. 76-1185 |
| | | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1983 | | |
| Oct 17 | | ORDER filed 10-14-83 granting pltf and deft's motion for extension of time, and extending pltfs and defts time to 12:00 P.M. on 10-17-83 to oppose Senator Helm's motions to intervene and rescind the Courts January 1977 order, and setting motions hearing for 10-18-83 at 9:30 A.M. (N)    SMITH, J.   (sb) |
| Oct 17 | | SUPPLEMENTAL MEMORANDUM by applicant intervenor Jesse Helms through the Conservative Caucus, Inc. of points and authorities in support of Senator Helms' motions to intervene and modify or vacate the prior order; Declaration of Jesse Helms; Declaration of Lawrence J. Straw, Jr.; Exhibits 1-4.  (sb) |
| Oct 17 | | MEMORANDUM of defts of points and authorities in opposition to motion of Senator Jesse Helms for leave to intervene and motion of Senator Helms for order vacating or in the alternative modifying, the order sealing records; attachments.  (sb) |
| Oct 17 | | MEMORANDUM of pltfs of points and authorities in opposition to the motion by Hon. Jesse Helms for leave to intervene as deft.  (sb) |
| Oct 17 | | MEMORANDUM by pltfs of points and authorities in opposition to Senator Helms' motion for an order vacating, or alternatively modifying the Court's order sealing records.  (sb) |
| Oct 17 | | MOTION by Senator Steven D. Symms for leave to intervene as deft and counter-claimant; memorandum of P&A's; EXHIBITS (Ex Parte Application for Order Shortening time for notice of motions; Answer of deft-intervener Steven D. Symms to pltfs' amended complaints; Counterclaim of intervener Steven D. Symms for declaratory and injunctive relief; Motion for order vacating or in the alternative modifying order sealing records); $5.00 USDC fee paid and credited to U.S. Treasury; Appearance: William J. Olson, Smiley, Olson, Gilman & Pangia, 1815 H St., N.W., Suite 600, Washington, D.C. 20006 (202) 466-5100.  (sb) |
| Oct 17 | | MOTION by Congresswoman Katie Hall, Congressman John Conyers, Jr., Congressman Ronald V. Dellums, Asian-American Legal Defense and Education Fund, Congressional Black Associates, National Black Law Student Association, National Conference of Black Lawyers for leave to file a brief Amici Curiae; Appearance: Aubrey McCutcheon, III, Counsel to Congressman John Conyers, Jr. and the National Conference of Black Lawyers, 2313 Rayburn H.O.B., Washington, D.C. 20515, (202) 225-5126; Vedia Jones-Richardson, Black Law Student Association, 1773 T St., N.W., Washington, D.C. 20009, (202) 797-9002; William H. Walker, Counsel to Congresswoman Katie Hall, 132 Cannon H.O.B., Washington, D.C. 20515, (202) 225-2461; Donald M. Temple, Counsel to Congressman Ronald V. Dellums and the Congressional Black Associates, 1310 Longworth H.O.B., Washington, D.C. 20515, (202) 225-4457; EXHIBIT (Brief Amici Curiae).  (sb) |
| Oct 17 | | MOTION of Congressman John Conyers, Jr., et al. for an enlargement of time within which to file a motion for leave to file a brief Amici Curiae.  (sb) |

(SEE NEXT PAGE)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Bernard S. Lee | Clarence M. Kelley, et al. | DOCKET NO. 76-1185 |
| | | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1983 Oct 18 | | HEARING on motions of Senator Jesse Helms to Intervene and to Recind or Modify this Court's Order of January 31, 1977 heard, argued and taken under advisement.    Rep: D. Copeland.  (sb)                    SMITH, J. |
| Oct 18 | | REQUEST to Judge Smith by a public citizen to speak with reference to instant case due to objections by counsel denied in open Court.  Rep: D. Copeland.  (sb)                                                     SMITH, J. |
| Oct 18 | | PROPOSED ORDER granting motion by Congressman John Conyers, Jr., Congressman Ronald V. Dellums, Congresswoman Katie Hall, the Asian-American Legal Defense and Education Fund, Congressional Black Associates, the National Black Law Students Association, and the National Conference of Black Lawyers, for enlargement of time for leave to file instanter a brief Amici Curiae.  (N)                                SMITH, J.  (sb) |
| Oct 18 | | PROPOSED ORDER granting motion by Congressman John Conyers, Jr., Congressman Ronald V. Dellums, Congresswoman Katie Hall, the Asian-American Legal Defense and Education Fund, Congressional Black Associates, the National Black Law Students Association, and the National Conference of Black Lawyers to file a brief Amici Curiae.  (N)          SMITH, J.  (sb) |
| Oct 18 | | BRIEF Amici Curiae by Congressman John Conyers, Jr., et al; table of contents; table of authorities; Appendix.  (sb) |
| Oct 18 | | Memorandum.  (N)                                                    SMITH, J.  (sb) |
| Oct 18 | | ORDER denying motion of Senator Jesse Helms for leave to intervene and further for order vacating or in the alternative modifying the order sealing records.  (See for details) (N)                         SMITH, J.  (sb) |
| Oct 19 | | TRANSCRIPT OF PROCEEDINGS of 10-18-83; pages 1-35; (Rep: Dawn T. Copeland).  (sb) |
| Oct 20 | | COPY OF ORDER filed in USCA 10-19-83 denying the petition for a writ of mandamus.  (sb) |
| Oct 28 | | NOTICE OF APPEAL by Senator Jesse Helms, Counterclaimant-Intervener from order entered October 18.  $5.00 filing fee and $65.00 docketing fee paid and credited to U.S.  Copies mailed to Wiley A. Branton, Robert M. Warner, William H. Webster, William L. Robinson, Royce C. Lamberth and William F. Smith. |
| Oct 31 | | COPY of docket entries and notice of appeal transmitted as preliminary record to USCA.  (USCA #   83-2142   ) |
| Nov 3 | | COPY OF ORDER filed in USCA 11-1-83 by petitioner James E. Ray, denying the petition for a writ of mandamus.  (sb) |

(SEE NEXT PAGE)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 76-1185 |
|---|---|---|---|
| Bernard S. Lee | | Clarence M. Kelley, et al. | PAGE 5 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1983 | | |
| Nov 4 | | LETTER from Lois Anderson to Court Reporter Dawn Copeland ordering transcripts.   USCA/N    (sb) |
| Dec. 13 | | RECORD ON APPEAL delivered to USCA; receipt acknowledged. ___12-15-83___(ef) |
| 1984 | | |
| Mar 15 | | OPPOSITION of James E. Ray's motion to intervene; attachment. "Let this be filed." (Signed 3-9-84)                SMITH, J.  (sb) |
| May 14 | | MEMORANDUM filed 5-9-84.  (N)                      SMITH, J.  (sb) |
| May 14 | | ORDER filed 5-9-84 denying James Earl Ray's motion to intervene. (N)                                             SMITH, J.  (sb) |
| May 24 | | NOTICE OF APPEAL by James E. Ray proposed intervenor from order entered 5-14-84; in forma pauperis; copies mailed to Patricia Worthy, William Robinson, Wiley A. Branton, Jonathan B. Smith, Royce C. Lamberth, Lubomyr M. Jachnycky (submitted to Judge Smith).  (sb) |
| May 25 | | COPY of docket entries and notice of appeal transmitted as preliminary record to USCA.  (USCA#  84-5346  )     (sb) |
| 1985 | | |
| Feb 4 | | CERTIFIED COPY OF JUDGMENT filed 11-6-84 in USCA affirming the denial of the motion for intervention by the District Court; Opinion attached.  (sb) |
| Feb 4 | | COPY OF ORDER filed 11-14-84 in USCA amending the Per Curiam Opinion filed 11-6-84.  (See order for details.)  (sb) |
| Feb 4 | | CERTIFIED COPY OF ORDER filed 2-4-85 in USCA awarding bill of costs for appellee in the amount of $207.76 and taxed against appellant.  (sb) |
| **1989** | | |
| Jan. 11 | | MOTION by James E. Ray to intervene.  Exhibits (2) (filed in CA 76-1185)   (ajr) |
| Jan. 17 | | ORDER filed 1/11/89 denying motion of James E. Ray to intervene.  (N) ROBINSON, C.J.  (Original filed in CA 76-1185)                                       (ajr) |
| 1990 | | |
| May 25 | | ORDER (copy) filed in USCA 5/22/90 Denying the petition for writ of mandamus.  (USCA#90-8002)                    (la) |