UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNARD S. LEE,<br><br>  Plaintiff,<br><br> v.<br><br>CLEARENCE M. KELLEY, *et al.*,<br><br>  Defendants. | Civil Action No. 76-1185 |
| SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE,<br><br>  Plaintiff,<br><br> v.<br><br>CLEARENCE M. KELLEY, *et al.*,<br><br>  Defendants. | Civil Action No. 76-1186 |

## [PROPOSED] ORDER

Upon consideration of the motion by the United States to unseal tapes and documents, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that tapes and documents placed under seal by the order dated January 31, 1977, are UNSEALED.

SO ORDERED:

Date:_____

                       United States District Judge