UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNARD S. LEE,<br><br>            Plaintiff,<br><br>    v.<br><br>CLEARENCE M. KELLEY, *et al.*,<br><br>            Defendants. | Civil Action No. 76-1185 |
| SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE,<br><br>            Plaintiff,<br><br>    v.<br><br>CLEARENCE M. KELLEY, *et al.*,<br><br>            Defendants. | Civil Action No. 76-1186 |

## STATUS REPORT BY THE UNITED STATES

The United States respectfully submits this status report in response to the Court's order dated June 27, 2025. The order directs the government to confer with the National Archives and Record Administration ("NARA") about the location of the sealed inventory sheet and surveillance records that the Federal Bureau of Investigation ("FBI") delivered to the Archivist in 1977 and 1978. Order (ECF No. 12) at 2. Undersigned counsel has conferred with NARA and reports that the agency is in possession of the surveillance records and inventories submitted by the FBI.[1] The

---

[1]    The Court's order stated that an archivist at NARA "represented that it does not appear to have sealed documents related to this case." Order (ECF No. 12) at 2. To clarify, the archivist was referring to the absence of any sealed judicial records from the docket of this case. NARA does in fact possess the surveillance records submitted to NARA by the FBI.

inventories have been digitized and loaded onto a disk, and undersigned counsel can coordinate delivery of that disk to chambers immediately.

Dated: July 2, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ /s/ Johnny Walker _____
   JOHNNY H. WALKER, D.C. Bar #991325
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2511

*Attorneys for the United States of America*